UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RAUL HERRERA and FRANCISCO REYES,

                    Plaintiffs,

      -against-

CAPRI II PIZZA, INC., GUILIO DIVITO and
CHRISTOPHER DIVITO,

                  Defendants.

------------------------------------------------------------X

Civ. No.:  1:24-cv-09483

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANCISCO REYES ("Plaintiff") and Defendants CAPRI II PIZZA, INC., GUILIO DIVITO, a CHRISTOPHER DIVITO (collectively "Defendants") that the parties' FAIR LABOR STANDARDS ACT SETTLEMENT AND RELEASE AGREEMENT ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendants by the Court.  Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

_Attorney for Plaintiff_
**Eliseo Cabrera, Esq.**
**Law Office of Mohammed Gangat**
675 Third Avenue, Suite 1810,
New York, NY 10017
(929) 251-4299
eliseo@lawyerforworkers.com

_Attorneys for Defendants_
Rachel M. Haskell, Esq.
**Working Solutions Law Firm**
80 Broad Street, Suite 708
New York, New York 10004
(646) 430-7930
rhaskell@workingsolutionsnyc.com

Dated:_____2/12/2025_____

Dated:_____2/12/2025_____


SO ORDERED THIS ____ DAY OF_____, 2025.


_____
United States District Judge