# EXHIBIT A

Case 7:24-cv-09483-PMH   Document 30-1   Filed 06/18/25   Page 1 of 5

**Law Office of Mohammed Gangat**  675

3rd Ave, Su 1810, NY, NY 10017

(718) 669-0714  mgangat@gangatpllc.com

Raul Herrera

<span style="background:black">████████████████</span>

Re:     RETAINER AGREEMENT

Dear Raul,

I write to provide you in writing the terms and conditions of my agreement to represent you in connection with your claims against "Capri Pizza" and other individuals and entities that my investigation reveals can be held liable. In entering this representation, I hereby represent to you that I am duly licensed to practice law in the State of New York and will work with other attorneys inside and outside of New York as needed. You will be notified of all other attorneys who work on your case and you will be given an opportunity to consent to the representation.

**First**, let's address how attorneys' fees will be paid. You do not owe any money upfront and You will never have to pay me out of your pocket or owe me money for my work. The only time an attorney fee must be paid is if there is a settlement, judgment, or other recovery in your case. If that happens, we will split the money, two-thirds to you, and one-third to me. In other words, you get 66.6 percent and I get 33.33 percent.

Also, please be aware that in certain circumstances, a Court might determine how much I should get. By agreeing to have me represent you, you are also agreeing to live with whatever the Court decides. So please understand that although we are agreeing to split fees 66.6/33.3, in the end, a Court can step in and order how much of the money you recover should be paid as an attorneys' fee.

You agree to assign to Your Attorneys all rights to and interests in attorneys' fees and costs and to waive any personal right to receive court-awarded statutory attorneys' fees and costs with respect to the representation. This waiver and assignment is being made to make it impossible for the defendants to seek to deprive Your Attorneys of reasonable attorneys' fees and costs by offering you a settlement conditioned upon your waiver of all or part of your right to seek reasonable attorneys' fees and costs.

**Second**, is the expenses. There may be certain expenses that we have to incur in the course of representing you in this case. For example: filing fees, court costs, costs of service by special process, court reporters, videographers, and related deposition or transcript expenses, copying and printing costs, computerized legal research, document reproduction, coding and organization services, administrative processing fees, delivery charges, graphic design, travel expenses, consultant's fees, mediation fees and investigative and expert witness services.

I will pay for these expenses if you cannot. If there is a recovery, I am paid back through that recovery and you do not owe me the money. You can also pay for the expenses out of your own pocket. If I pay for the expenses upfront, the attorneys' fee will be calculated based on the total recovery in your case. If you pay for the expenses upfront, the attorneys' fee will be calculated based on the amount recovered after expenses are deducted.

1

**Third**, I want to discuss the value of your claims. Please understand I am in no way telling you what the value of your claim is or the chances of success. Legal actions are subject to many variables such as the demeanor and recollection of witnesses, the availability of substantiating documents and other evidence all of which may affect the results. I am not and I cannot guarantee any results.

**Fourth**, we agree that your claims may be prosecuted on behalf of the collective/class as well as on behalf of You. It is agreed that the principal purpose and objective of this litigation is to hold the defendants accountable for their unlawful and deceptive conduct. It is agreed that Your Attorneys shall, upon consultation with You, have the maximum authority permitted by law to conduct and/or resolve this litigation in a manner designed to achieve this objective. In light of this objective, Your Attorneys shall seek to obtain the maximum feasible relief for the collective/class and You understand and agree that, as a potential collective/class representative, You have a fiduciary obligation not to advance your own interests at the expense of the collective/class, to participate in discovery, to keep informed about all major developments in the litigation, and to ensure the collective/class is adequately represented by both you and Your Attorneys. Your Attorneys will keep you informed of major developments in the litigation and will consult with you as to major decisions in the litigation. You understand that Your Attorneys may seek Court approval to appoint You, in conjunction with possibly others who have made similar requests, as lead plaintiff(s) in the action which Your Attorneys have filed on Client's behalf, or in connection with subsequently filed actions arising out of the same facts. Your Attorneys are given the authority to opt You out of any class action proceeding relating to the claims authorized herein and/or pursue your claim individually in a group action, if You are not appointed Lead Plaintiff and/or Your Attorneys are not appointed Class Counsel.

**Fifth**, I want to discuss what happens if I need to stop representing you and ask you find a new lawyer or pursue the claim on your own. I will only do this if I have a good reason. In other words, I will only withdraw as counsel for good cause. Good cause includes, but is not limited to: (1) the Client's failure to act in good faith; (2) the Client's failure to cooperate; (3) the Client's failure to actively participate in the furtherance of the claims; (4) Client's breach of any paragraph of this Agreement, including, but not limited to Client's payment obligations; (5) Client's refusal to follow the Attorney's reasonable advice on a material matter; (6) the identification of any fact or circumstance that would render the Attorney's continuing representation unlawful or unethical; (7) Attorney's failure to provide the Attorney with any documents or evidence in Client's possession relating to the case; (8) Client's unreasonable failure to concur with attorneys' judgment or recommendation regarding the value of the case or with the Attorney's management of the case; (9) the determination that Client has signed a waiver or release against an opposing party, that his/her claims are time-barred, or that he/she has not alleged a meritorious action or (10) adverse new developments such as new law or adverse facts.

In the event that I withdraw, I will notify you in writing and will comply with Section 1.16(e) of the New York Rules of Professional Conduct, which states that:

> *[A] lawyer shall take steps, to the extent reasonably practicable, to avoid foreseeable prejudice to the rights of the client, including giving reasonable notice to the client, allowing time for employment of other counsel, delivering to the client all papers and property to which the client is entitled, promptly refunding any part of a fee paid in advance that has not been earned and complying with applicable laws and rules.*

Please understand that if I withdraw, and in the event you recover money either on your own or with another attorney, I retain the right to recover expenses and costs, for all time reasonably expended before termination.

Page 2 of 4

Lastly, I want to talk about what your responsibilities are in this representation. I need you to be responsive when my office contacts you. We are happy to contact you via your preferred method (phone, email, text, Whatsapp), but we need you to be responsive. Also, I need you to thoroughly and completely provide me with all of the evidence in your case and the contact information for all witnesses. I will discuss with you more what this is, but the key is that you understand you need to prioritize and make every effort to search, gather and get me the evidence I need. The other thing I need from you is to watch how you communicate with people about this case. Do not discuss the case with anyone without checking with me first.

If a settlement is obtained for lost or unpaid wages, you understand that you are responsible for payment of any taxes that may be due on the settlement amount. You also understand that Your Attorneys are not responsible for payment of any taxes based on the settlement award and that any tax payments due will not be deducted from the attorneys' fees. If you receive a payment as a result of a settlement or judgment, you may receive an IRS Form 1099, or an IRS Form W-2 from the defendant(s) at the end of the calendar year to report the amount of taxable earnings. None of Your Attorneys are tax attorneys, and Your Attorneys cannot provide you with advice regarding taxes. You should consult an accountant or other qualified tax advisor for tax advice.

Attached to this letter is a statement of your rights as a client in a legal representation. Please review the attached and this letter in detail. Please feel free to consult with another attorney or someone you trust before signing. Once you have reviewed everything, and agree with everything I have laid out to you, please sign below to confirm your agreement.

Thank you and I look forward to getting started working on your case.

_____  
Raul Herrera

Sincerely,

_____  
ATTORNEY MOHAMMED GANGAT, ESQ.

## Statement of Client Rights

The New York Rules of Courts provides that you are entitled to:

(1) be treated with courtesy and consideration, at all times by your lawyer and the other lawyers and personnel in your lawyer's office;

(2) an attorney capable of handling your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to withdraw from the attorney-client relationship at any time (court approval may be required in some matters and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge);

(3) your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest;

(4) be charged a reasonable fee and to have your lawyer explain at the outset how the fee will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any fee arrangement that you find unsatisfactory. In the event of a fee dispute, you may have the right to seek arbitration; your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request;

(5) have your questions and concerns addressed in a prompt manner and to have your telephone calls returned promptly;

(6) be kept informed as to the status of your matter and to request and receive copies of papers. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter;

(7) have your legitimate objectives respected by your attorney; including whether or not to settle your matter (court approval of a settlement is required in some matters);

(8) privacy in your dealings with your lawyer and to have your secrets and confidences preserved to the extent permitted by law;

(9) have your attorney conduct himself or herself ethically in accordance with the Code of Professional Responsibility; and,

(10) you cannot be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.