# EXHIBIT C

# Law Office of Mohammed Gangat

675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

**Time Entries**
**Herrera v Capri Pizza**
**Case No. 7:24-cv-09483**

| | | |
|---|---|---|
| 4/16/24 | Initial meeting, drafting complaint, evidence collection | 2.25 |
| 4/19/24 | Drafting complaint | 1.5 |
| 4/20/24 | Initial meeting with second plaintiff, evidence collection and complaint drafting | .75 |
| 4/21/24 | Attention to evidence collection | 1.5 |
| 6/20/24 | Drafting complaint | .5 |
| 12/13/24 | Drafting related case statement | .5 |
| 12/15/24 | Drafting complaint; update to client; attention to service | .5 |
| 12/18/24 | Attention to service | .25 |
| 12/20/24 | Attention to service; drafting related case statement | .25 |
| 2/4/25 | Attention to service | .25 |
| | TOTAL | 8.25 |

|  | **Herrera et al. v. Capri II et al.** |  |  |
|---|---|---|---|
| **Name** | **Description** | **Hours** | **Date** |
| Eliseo Cabrera | Draft Demand calculations, correspond w OC | 0.6 | 12/18/2024 |
| Eliseo Cabrera | OC agreed to settle Francisco Reyes for $15K. Will get us a response for the other three who are still negotiating | 1.0 | 1/8/2025 |
| Eliseo Cabrera | Review and Revise settlement agreement sent by OC, Correspond w OC, Correspond w staff re settlement | 1.8 | 1/21/2025 |
| Eliseo Cabrera | Confer w OC re settlement, Revise settlement agreement | 0.9 | 1/23/2025 |
| Eliseo Cabrera | Correspond w OC re agreement, review drafts of agreement | 1.0 | 1/25/2025 |
| Eliseo Cabrera | Correspond w Oc, review Rule 68 draft, | 1.0 | 1/27/2025 |
| Eliseo Cabrera | Edit settlement Agreement, COJs, correspond w OC, | 1.8 | 2/3/2025 |
| Eliseo Cabrera | Confer w client re settlement | 0.3 | 2/11/2025 |
| Eliseo Cabrera | Correspond to OC re settlement, finalize settlement | 0.8 | 2/12/2025 |
| Eliseo Cabrera | correspond w staff re rule 68 offer | 0.1 | 2/13/2025 |
| Eliseo Cabrera | correspond w MG re settlement, review agreement | 0.3 | 2/17/2025 |
| Eliseo Cabrera | Correspond w OC re settlement, Confer w client, file settlement and supporting docs | 2.0 | 2/19/2025 |
| Eliseo Cabrera | Revise Docs for filing, filed rule 68 offer and acceptance, | 1.5 | 2/20/2025 |
| Eliseo Cabrera | Correspond w OC re negotiations, correspond w stip to extend answer, calendar new dates for settlement payment, | 0.8 | 2/21/2025 |
| Eliseo Cabrera | confer w clients re settlement | 0.1 | 3/4/2025 |
| Eliseo Cabrera | Calling client; no answer, | 0.1 | 3/5/2025 |
| Eliseo Cabrera | Confer w client | 0.5 | 3/11/2025 |
| Eliseo Cabrera | Confer w client re settlement, correspond w staff re client communicaiton | 0.7 | 3/31/2025 |
| Eliseo Cabrera | Correspond w OC w new settlement offer, confer w OC re settlement | 0.7 | 4/1/2025 |
| Eliseo Cabrera | Confer w client re settlement, Correspond w OC re settlement | 0.2 | 4/2/2025 |
| Eliseo Cabrera | Review OC's letters to court, correspond w OC re letters | 0.1 | 4/8/2025 |
| Eliseo Cabrera | Correspond w MG and OC re Court's order and agreement | 0.1 | 4/9/2025 |

| Eliseo Cabrera | Correspond w Staff and OC re costs and settlement | 0.1 | 5/6/2025 |
|---|---|---|---|
| Eliseo Cabrera | Correspond w OC re settlement, draft letter of extension | 0.5 | 5/7/2025 |
| Eliseo Cabrera | Revise Cheeks Motion | 1.6 | 5/8/2025 |
| Eliseo Cabrera | Correspond w OC, staff re fees | 0.2 | 5/13/2025 |
| Eliseo Cabrera | Correspond w OC re settlement, review edits | 0.2 | 5/16/2025 |
| Eliseo Cabrera | Confer w OC re settlement, calculate monthly payment plan for agreement | 0.5 | 5/19/2025 |
| Eliseo Cabrera | Review and Revise Agreements and COJs, correspond w staff re agreements, correspond w OC re agreements, confer w client re settlement | 0.9 | 5/29/2025 |
| Eliseo Cabrera | Confer w Client re agreement, correspond w staff re agreements | 0.5 | 5/30/2025 |
| Eliseo Cabrera | Review Cheeks letter, Correspond w Staff and OC re settlements | 1 | 6/3/2025 |
| Eliseo Cabrera | Finalize Cheeks letter and attachments, Correspond w OC re Cheeks | 0.3 | 6/6/2025 |
| Eliseo Cabrera | Revise Attorney hours | 0.5 | 6/16/2025 |
| | Total: | 22.7 | |
| Eliseo Cabrera | 22.7 hours x $375 hourly rate = | $8,512.00 | |